DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) | |
| Plaintiff, ) | COUNTS 1 & 2: |
| ) | DISTRIBUTION OF |
| vs. ) | METHAMPHETAMINE |
| ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| ) | 841(b)(1)(B), 846 |
| KENNETH HEBERT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury Charges that:

COUNT 1

On or about October 13, 2005, within the District of Alaska, the defendant,

KENNETH HEBERT, did knowingly and intentionally distribute, or attempt to distribute,

a controlled substance, to wit: approximately 43.8 grams of actual methamphetamine, all

of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 846.

## COUNT 2

On or about December 16, 2005, within the District of Alaska, the defendant, KENNETH HEBERT, did knowingly and intentionally distribute, or attempt to distribute, a controlled substance, to wit: approximately 26.8 grams of actual methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: deb.smith@usdoj.gov

DATED:      2/21/06                    2