DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **4:06-00011-RRB** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL** |
| vs. ) | **CASE** |
| ) | |
| KENNETH  HEBERT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

　　　IT IS ORDERED that the above caption case, shall be sealed until further order of the court.  The court will address the continuing need for the case to remain under seal at the defendant's first appearance before the court.

Dated: February 22, 2006　　　　　　　　/s/ JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE