DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-cr-00011-RRB-TWH |
| ) | |
| Plaintiff, ) | **MOTION TO UNSEAL CASE** |
| ) | |
| vs. ) | |
| ) | |
| KENNETH HEBERT, ) | |
| ) | |
| Defendant. ) | |

     COMES NOW Plaintiff, the United States of America, and moves this court to unseal the above mentioned case.

     With the recent apprehension of the Defendant, there are no safety concerns

//
//
//

that require sealing the indictment at this time.

   RESPECTFULLY SUBMITTED this 29th day of June, 2006, at Fairbanks, Alaska.

         DEBORAH M. SMITH
         Acting United States Attorney

         s/Bryan Schroder
         BRYAN SCHRODER
         Assistant U.S. Attorney
         Federal Building & U.S. Courthouse
         101 12th Avenue, Room 310
         Fairbanks, Alaska 99701
         Phone: (907) 456-0245
         Fax: (907) 456-0577
         Email: bryan.schroder@usdoj.gov
         Bar # 21146