IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00011-RRB-TWH |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| KENNETH HEBERT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Case No. 4:06-cr-00011 is hereby unsealed.

DATED this _____ day of June, 2006, at Fairbanks, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge