IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00011-RRB-TWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | <u>(Docket No. 6)</u> |
| KENNETH HEBERT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Case No. 4:06-cr-00011 is hereby unsealed.

DATED this 29th day of June, 2006, at Anchorage, Alaska.


/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge