AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: 4:06-cr-00011-RRB |
| KENNETH HEBERT | |

RECEIVED JUL 10 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNETH HEBERT and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
21:841(a)(1) and 841(b)(1)(B), 846 - DISTRIBUTION OF METHAMPHETAMINE - Counts 1 & 2

in violation of Title  United States Code, Section(s)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| **REDACTED SIGNATURE** | February 22, 2006 at Anchorage, Alaska |
| | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge Terrance W. Hall |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: _____

| DATE RECEIVED 2/23/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/27/06 | USMS San Diego by John Olson N/Ak | |