MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  KENNETH HEBERT         CASE NO. 4:06-cr-00011-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            TERRENCE W. HALL

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         KAREN LOEFFLER

DEFENDANT'S ATTORNEY:            SCOTT DATTAN - APPOINTED

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 7/27/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:39 p.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEAS: Not guilty to counts 1-2 of the Indictment

X Detention uncontested.  Order of Detention Pending Trial **FILED.**

X OTHER: Court to notify counsel re pretrial motions and trial by jury dates.

At 3:46 p.m. court adjourned.




DATE:   July 27, 2006           DEPUTY CLERK'S INITIALS:   rc