LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| KENNETH HEBERT | ) ) |
| Defendant. | ) Case No.  4:06-cr-00011-RRB-TWH |

**NOTICE OF INTENT
TO CHANGE PLEA**

Defendant Kenneth Hebert, by and through his attorney D. Scott Dattan, hereby gives notice of his intent to change his plea.  Trial in this matter was set for September 18, 2006.

Dated this 8th day of September, 2006, in Anchorage, Alaska.

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

CERTIFICATE OF SERVICE

I hereby certify that on September 8th, 2006 a copy of foregoing NOTICE OF INTENT TO CHANGE PLEA was served ELECTRONICALLY  on Brian Schroder.

s/D. Scott Dattan

Page 1 of 2
USA v HEBERT, 4:06-cr-00011-RRB-TWH
Notice of Intent to Change Plea