## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   USA   v.   KENNETH HEBERT

DATE:   September 11, 2006   CASE NO.   4:06-CR-0011-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                      **SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 16. As Defendant is presently in Anchorage, Alaska, the final pretrial conference scheduled for **Tuesday, September 12, 2006,** at **8:30 a.m.**, in Courtroom 2, will now be a change of plea hearing.

M.O. SCHEDULING HEARING