NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH HEBERT,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-00011-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO APPEAR TELEPHONICALLY AT HEARING** |

　　　Plaintiff, the United States of America, hereby requests authorization from the Court to appear telephonically at the Defendants' Proposed Change of Plea in the above-captioned case which is currently scheduled for Tuesday, September 12, 2006

at 8:30 a.m. in Anchorage, Alaska.

RESPECTFULLY SUBMITTED this 11th day of September, 2006, at Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Bryan Schroder
> BRYAN SCHRODER
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> Email: bryan.schroder@usdoj.gov
> Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006,
a copy of the foregoing Motion on Shortened
Time to Appear Telephonically At Hearing was served
electronically on Scott Dattan.

s/ Bryan Schroder