NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-cr-00011-RRB-TWH |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | |
| vs.  ) | **ORDER** |
| ) | |
| KENNETH HEBERT, ) | |
| ) | |
| Defendant. ) | |

    IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the Court at (907) _____ at _____ a.m., on _____, 2006.


Dated:_____          _____
                                                                           RALPH R. BEISTLINE
                                                                           United States District Court Judge