LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff,     )<br>  )<br>vs.     )<br>  )<br>KENNETH HEBERT     )<br>  )<br>     Defendant.     ) | Case No. 4:06-cr-00011-RRB-TWH |

**MOTION TO CONTINUE**
**IMPOSITION OF SENTENCE**

Defendant Kenneth Hebert, by and through his attorney D. Scott Dattan, hereby moves to continue the hearing for imposition of sentence until the week of January 15, 2007. The continuance is sought solely for the purpose of ascertaining whether Mr. Hebert may benefit from the application of USSG § 5K1.1. Assistant U.S. Attorney Schroder has indicated that the Government does not oppose the continuance.

Imposition of sentence is set for December 1, 2006. Mr. Hebert's potential exposure is much greater than the continuance that is being sought. The interests of justice may be

//

//

//

//

//

Page 1 of 2
USA v HEBERT, 4:06-cr-00011-RRB-TWH
Motion to Continue Imposition of Sentence

served if this motion is granted and the necessity for a future Rule 35 motion may be avoided.

Respectfully submitted this 1st day of November, 2006.

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2006 a copy of foregoing MOTION TO CONTINUE IMPOSITION OF SENTENCE was served ELECTRONICALLY  on Brian Schroder.

s/D. Scott Dattan

Page 1 of 2
USA v HEBERT, 4:06-cr-00011-RRB-TWH
Motion to Continue Imposition of Sentence