LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| KENNETH HEBERT | ) ) |
| Defendant. | ) Case No. 4:06-cr-00011-RRB-TWH |

**ORDER**

Defendant's motion to continue the hearing for imposition of sentence is GRANTED. Imposition of sentence is hereby continued to the _____ day of _____ , 2007, at _____ o'clock.

DATED: _____         _____
                                          RALPH R. BEISTLINE
                                          U.S. DISTRICT JUDGE

Page 1 of 2
USA v HEBERT, 4:06-cr-00011-RRB-TWH
ORDER
Motion to Continue Imposition of Sentence