LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KENNETH HEBERT | ) |
| | ) |
| Defendant. | ) Case No. 4:06-cr-00011-RRB-TWH |

## **ORDER**

Defendant's motion to continue the hearing for imposition of sentence is GRANTED. Imposition of sentence is hereby continued to the _18th_ day of _January_, 2007, at _9:00_ _AM_ o'clock.

DATED: _11/2/06_

_Ralph R. Beistline_
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

Page 1 of 2
USA v HEBERT, 4:06-cr-00011-RRB-TWH
ORDER
Motion to Continue Imposition of Sentence